IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

Greenbelt Division

SUBHI H SHAHIN

   Plaintiff

V.                                       CIVIL ACTION NO PX 20 CV 3242

THE UNITED STATES OF AMERICA

   Defendants                          JURY TRIAL DEMAND

## COMPLAINT FOR A CIVIL CASE

THE PARTIES TO THIS COMPLAINT:

A   THE PLAINTIFF(S)

   SUBHI H SHAHIN 6010 WESTCHESTER PARK DR. APT 202 COLLEGE PARK PRINCE GEORGES COUNTY MARYLAND 20740   TEL:   (301)3954618   E-MAIL   SUBHI1@VERIZON.NET

B   THE DEFENDANTS

   THE UNITED STATES OF AMERICA   1600 PENNSYLVANIA AVE NW WASHINGTON   DC 20500

### JURISDICTION

THE BASIS FOR JURISDICTION IS A FEDERAL QUESTION UNDER 28 USC $ 1331 A CASE ARISING UNDER THE UNITED STATES CONSTITUTION OR FEDERAL LAW OR TREATIES IS A FEDERAL QUESTION AND THE FEDERAL PROVISION 28 USC 1346 TORT NEGLIGENCE AND CONSTITUTIONAL VIOLATION

## STATEMENT OF CLAIM

1- THE PLAINTIFF SUBHI H SHAHIN WAS BORN IN BETHLEHEM ISRAEL WORKED IN KUWAIT FOR ALMOST 20 YEARS

2- AS THE DIRECT RESULT OF THE WAR IN KUWAIT/IRAQ HE LOST HIS BUSINESS THE SHAHIN GROUP INC.

3-SINCE 1979 MY WIFE DONNA L SHAHIN AKA DONNA L WHITEHEAD WAS WORKING AT THE WALTER REED ARMY MEDICAL CENTER AS A RESEARCH BIOCHEMIST. 1/27/1989 SHE COLLAPSED AND WAS OUT OF WORK THE OWCP REFUSE TO ACCEPT HER FECA CLAIM FOR CHEMICAL EXPOSURE INSTEAD APPROVING HER INJURY FOR PROLONGED DEPRESSIVE REACTION

4-OWCP/ECAB DENIED AN ATTENDANT ALLOWANCE FOR THE ACCEPTED INJURY HOWEVER THEY NEVER RULED ON THE CONSEQUENTIAL INJURY ALLOWANCES

5-12/29/1983 MY SON SHAHIN S SHAHIN WAS BORN AND FOR MANY YEARS KEEP COMMPLANING ABOUT HIS LEGS AND BACK PAIN TO JOHN HOPKINS AND THEY KEPT SAYING IT WAS GROWING PAIN HE START EATING AS A COPING MECHANISM HE DEVELOPED MORBID OBESITY HE JOIND NIH FOR WEIGHT LOSS PROGRAM WERE HE WAS DIAGNOSED WITH MYOFACIAL PAIN SYNDROME ON 07/16/01 WAS DIAGNOSED WITH COGENITAL LUMBAR SPINAL STENOSIS BY DR CHARLES HARTJEN THIS BIRTH DEFECT IS THE PROOF OF EVIDENCE MY WIFE WAS EXPOSED TO ORGANIC CHEMICAL IN THE CONTEXT OF HER WORK

6- ON OR ABOUT 11/15/2019 I FOUND OUT THAT EXPOSURE TO ORGANIC SOLVENTS DURING THE FIRST TRIMESTER OF PREGNANCY CAN INCREASE THE RISK OF BIRTH DEFECT

7- MY SON'SCURRENTLY DISABLED WITH CHRONIC PAIN AND DEPRESSION AND HIS CONDITIONS WILL GET WORSE HIS FUTURE IS DARK

8-MY WIFE MY SON AND METHE SILENT VICTIMS NO FRIENDS NO FAMILY SINKING INTO POVERTY AND BEYOND IN THE VERGE OF BEING HOMELESS THE FUTURE IS DARK MY SON MUST BE PROTECTED

## N O T E

PLAINTIFF LEAVE TO AMEND HIS COMPLAINT FOR BETTER STATMENT OF FACT AND BETTER PLEADING

PLAINTIFF LEAVE TO AMEND HIS COMPLAINT BY ADDING PLAINTIFFS

PLAINTIFF LEAVE TO AMEND HIS COMPLAINT BY ADDING DEFNDANTS

EXHIBIT IS ENCLOSED AS A PART OF THIS COMPLAINT

### RELIEF

1- TWO MILLION DOLLARS TO BE PAID BY THE DEFENSE DEPT. UNDER COVID 19 RELIEF

2- ONE MILLION FIVE HUNDRED TWELVE THOUSAND DOLLARS REPRESENT THREE TIMES FOR THE ATTENDENT ALLOWANCES

3 – FIFTEEN MILLION TO PROTECT MY SON FUTURE AND TO ALLOW HIM LIVE WITH DIGNITY

4- ALL MY SON FUTURE MEDICAL NEED WILL BE BORN BY THE DEPT OF DEFENCE OR OWCP

RESPECTFULLY SUBMITTED

*[signature]* 11/9/2020

SUBHI H SHAHIN

6010 WEST CHESTER PARK DR #202

COLLEGE PARK MD 20740

EMAIL SUBHI1@VERIZON.NET